### FOREST ALEXANDER V. STATE.

No. 24202. December 22, 1948.

Hon. D. W. Bartlett, Judge Presiding.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment assessed at three years in the penitentiary.

The motion for new trial was overruled on April 16, 1948, and 80 days granted for perfecting appeal. This time expired on July 5, 1948, and the statement of facts was not filed in the trial court until Junly 31, 1948, which was 26 days too late.

The judgment is affirmed.